| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>WYNN, JAMES A. | 2. Court or Organization<br><br>UNITED STATES COURT OF APPEALS FOR THE<br>FOURTH CIRCUIT | 3. Date of Report<br><br>05/03/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US CIRCUIT COURT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

| 7. Chambers or Office Address<br><br>434 FAYETTEVILLE STREET, SUITE 2135, RALEIGH, NC 27601 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Commissioner/Executive Board | National Conference of Commissioners on Uniform State Laws |
| 2. Director | American Bar Endowment Board |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2012 | North Carolina Consolidated Retirement System |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | North Carolina Consolidated Judicial Retirement System | $98,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | State of North Carolina - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Uniform Law Commission | April 2-4, 2012 | Washington, DC | ULC History Video | mileage, meals, lodging |
| 2. | American Bar Association Standing Committee on Federal Judicial Improvements | April 20-22, 2012 | Philadelphia, PA | Spring Planning Meeting | transportation, meals lodging |
| 3. | Elon University School of Law | May 20, 2012 | Greensboro, NC | Commencement Speaker | transportation, meal |
| 4. | Federal Judicial Center | May 21-25, 2012 | Berkeley, CA | Intellectual Property Seminar | transportation, meals, lodging |
| 5. | US Department of State | June 2-12, 2012 | Cambodia | Lecture | transportation, meals, lodging, teaching fee |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | WYNN, JAMES A. | 05/03/2013 |

| | | | | |
|---|---|---|---|---|
| 6. | American Bar Endowment Board of Directors | June 20-24, 2012 | Manchester, VT | ABE/ABI Board Meeting | transportation, meals, lodging |
| 7. | American Bar Association, American Bar Endowment | August 2-5, 2012 | Chicago, IL | Annual Meeting | transportation, meals, lodging |
| 8. | Just the Beginning Foundation | 20-23 September 2012 | Chicago, IL | 20th Anniversary, 10th Biennial Conference | lodging, meals |
| 9. | US Navy, Office of the JAGC | September 26-27, 2012 | Washington, DC | Fulton Training for the Joint Military Judiciary | transportation, meals, lodging |
| 10. | Marquette University Law School | September 29-October 3, 2012 | Milwaukee, WI | Lecture | transportation, meals, lodging |
| 11. | Harvard Law School | October 10-14, 2012 | Cambridge, MA | Charles Hamilton Houston Institute for Race & Justice's (CHHIRJ) historic conference | transportation, meals, lodging |
| 12. | University of Tennessee College of Law | October 18-21, 2012 | Knoxville, TN | Moot Court Competition | transportation, meals, lodging |
| 13. | American Bar Association Standing Committee on Federal Judicial Improvements | November 2-4, 2012 | Ft. Lauderdale, FL | Fall Planning Meeting | transportation, meals, lodging |
| 14. | American Bar Endowment Board of Directors | November 14-18, 2012 | Newport Coast, CA | ABE/ABI Board Meeting | transportation, meals, lodging |
| 15. | American Bar Association Task Force Committee on the Future of Legal Education | December 13-14, 2012 | Chicago, IL | Committee Meeting | transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **WYNN, JAMES A.** | 05/03/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Discover | Credit Card | J |
| 2. | BB&T | Unsecured Loan | K |
| 3. | USAA Federal Savings Bank | Credit Cards | K |
| 4. | PNC Bank | Unsecured Loan | K |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WYNN, JAMES A. | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property, Robersonville, NC | A | None | K | W | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WYNN, JAMES A. | 05/03/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII.

1. Rental property in Robersonville - House demolished and property remains as a vacant lot.

| Name of Person Reporting | Date of Report |
|---|---|
| WYNN, JAMES A. | 05/03/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAMES A. WYNN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544